Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Orlando Division

Albert Stafford

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_____

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:21-CV-888-WWB-EJK
*(to be filled in by the Clerk's Office)*

2021 MAY 21 PM 2:40
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Albert Stafford
All other names by which you have been known:
ID Number: #972749
Current Institution: Central Florida Reception Center
Address: 7000 H.C. Kelley Road
Orlando, Florida 32831
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dr. C. Rosario
Job or Title *(if known)*: Dentist - DMD
Shield Number:
Employer:
Address: Centurion - Marion Corr. Inst.
City / State / Zip Code
[✓] Individual capacity    [ ] Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
[ ] Individual capacity    [ ] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____ _____ _____
   City             State             Zip Code
   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____ _____ _____
   City             State             Zip Code
   ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

       ☐ Federal officials (a *Bivens* claim)

       ☑ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Eighth Ammendment, Deliberate indifference to Health And Safety/Cruel and Unusual Punishment.

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Deliberate indifference to my Health and Safety When my tooth was partially Extracted and my nasal Cavity was punctured. Which led to Severe infection.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other (explain) _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

(1) Plaintiff Albert Stafford is and was at all times mentioned Herein is a prisoner of the State of Florida in the Custody of Florida Dept. of Corr. He is Currently Confined in Florida prison, Central Florida Reception Center.

Continued page (4)                                                                                     1 of 3

B.(2) Defendant DR. C. Rosario is the Dentist at Marion Correctional Institution. And is responsible for the Health and Safety of all Inmates at this institution.

(3) The Events Arose at Marion Correctional Institution.

(4) Plaintiff Had Saw DR. C. Rosario to get His tooth Extracted on 6/18/19.

(5) Plaintiff went again to See Dr. C. Rosario on the 7/23/19 For a Dental Emergency because Plaintiff was in Pain.

(6) DR. Rosario Examined the tooth that she partially Extracted.

(7) DR. Rosario Observed that she Had punctured my nasal Cavity. And plaintiff told DR. Rosario that His left Eye was swelling as a result.

(8) Plaintiff Had nasal tissue protruding From the Extraction Site (tooth #14), And He could not Eat properly because of The pain and Suffering.

(9) DR. Rosario Did not prescribe any pain medication For The pain and Suffering.

(10) Plaintiff Asked DR. Rosario would she prescribe Him Some pain medication. And she responded That I can get Ibuprofen From the Dorm.

(11) Plaintiff Has Been Complaining about this issue For Approximately (2) years, And nothing Has Been Done.

2 of 3

(12) This is a Delay in Treatment and Deliberate indifference to my Health and Safety.

(13) Plaintiff was Transferred from Marion C.I. to CFRC (Central Florida Reception Center) two weeks after the Extraction.

(14) Plaintiff could not Sleep Due to Headaches and Extreme pain from His tooth that was Extracted.

(15) Plaintiff Declared a Dental Emergency At CFRC and He Saw the Dentist.

(16) The Dentist Examined the Extraction Site that was partially Extracted. And He prescribed pain medicat And Had me Sign a Consul to see the Oral Surgeon at R.M.C.

(17) Plaintiff arrived at RMC Two years later and nothing Has been Done about the Situation.

(18) Plaintiff Condition is getting Worse as Food and liquid that is consumed emerges out of His nostril Due to the puncture in the Nasal Cavity.

(19) The Oral Surgeon put the Surgery off for 4 weeks.

(20) D.R. Rosarios professionalism Has failed and fallen below the Dental Standards because this Has Happened to other inmates as well.

(21) D.R. Rosario Struggled to remove the tooth, To no Avail.

3 of 3

(22) D.R. Rosario then retrieved the Saw to Extract The tooth and removed Only partial. AnD left a Gaping Hole in my Gum which continued to Bleed For weeks.

C. What date and approximate time did the events giving rise to your claim(s) occur?

6/18/19 and 7/23/19

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff went to get a tooth Extracted (#14) at Marion C.I. Dr. Rosario partially removed the tooth. In the process of Extracting the tooth, Dr. Rosario punctured my nasal cavity and left a gaping hole in my gum.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injury occured when Dr. Rosario punctured my nasal Cavity. I Did not recieve pain medication. After the injury occured. The injury affected my Eye; Swollen left Eye, Infection in my tooth. The injury caused me to Have migraine Headaches. I cannot Eat my food properly Due to the injury of my tooth and nasal Cavity.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want my nasal Cavity to be Fixed, and my tooth to be Fixed. I want Compensative Damages of $300,000. I would like to Have punitive Damages of $400,000. Plaintiff Wants a Jury Trial on all Claims of the Suit. And Any Additional relief this Court Deems Equitable to Grant.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Marion Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Eighth Amendment

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At CJRC and at RMC (Lake Butler)

2. What did you claim in your grievance?

Deliberate indifference to my Health and Safety. Cruel and Unusual punishment. Inadequate medical Care.

3. What was the result, if any?

The grievance was Denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

The grievance process was Completed, I went to the Highest level. Central office in Tallahassee.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. ___n/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___n/A___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☒ No

    If no, give the approximate date of disposition  N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Albert Strafford*
Printed Name of Plaintiff: Albert Strafford
Prison Identification #: # 972749
Prison Address: Central Florida Reception Center, 7000 H.A. Kelley RD
Orlando, Fla. 32831
  City     State   Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City     State   Zip Code
Telephone Number: _____
E-mail Address: _____